# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7004**                                                      **September Term, 2014**

1:11-cv-01803-ABJ
1:11-cv-01831-ABJ
1:11-cv-01882-ABJ

**Filed On: February 20, 2015** [1538535]

Sam Osborn, et al.,

       Appellants

   v.

Visa Inc., et al.,

       Appellees

------------------------------

Consolidated with 14-7005, 14-7006

      **BEFORE:**    Circuit Judges Tatel, Srinivasan, and Wilkins

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on February 20, 2015 at 11:00 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

   Steve W. Berman counsel for Appellants.

   Kenneth A. Gallo, counsel for Appellees.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                             BY:    /s/
                                     Shana E. Thurman
                                     Deputy Clerk